IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLORIA HOWARD                                                                                           PLAINTIFF

v.                                    Cause  No. 1:13-cv-01096

HAMBURG SCHOOL DISTRICT
MAX DYSON, *Superintendent*
HAMBURG SCHOOL BOARD OF DIRECTORS                                        DEFENDANTS

## ORDER

Before the Court is Plaintiff Gloria Howard's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service.  ECF No. 1.  The Court has reviewed the IFP application and finds it should be **GRANTED.** The Court has also reviewed Plaintiff's Complaint for alleged wrongful termination.  The Court now **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on December 24, 2013 (ECF No. 1)  and a copy of this order on Defendants by serving:

Hamburg School District
202 E. Parker Street
Hamburg, Arkansas 71646

Hamburg School Board of Directors
202 E. Parker Street
Hamburg, Arkansas 71646

Max Dyson, Superintendent
202 E. Parker Street
Hamburg, Arkansas 71646

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service.  The Clerk is directed to prepare and issue summonses and a USM 285.

**IT IS SO ORDERED this 6th day of January 2014.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U.S. MAGISTRATE JUDGE